# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 22, 2023

Mr. Alexander Lee Calhoun
8700 Menchaca Road
Suite 301
Austin, TX 78745

Mr. Paul Edward Mansur
109 W. 3rd Street
P.O. Box 1300
Denver City, TX 79323-0000

Mr. Jeremy Schepers
Federal Public Defender's Office
Northern District of Texas
525 S. Griffin Street
Suite 629
Dallas, TX 75202

    No. 13-70030   Arthur Brown, Jr. v. William Stephens,
                               Director
                               USDC No. 4:09-CV-74

Dear Mr. Calhoun, Mr. Mansur, and Mr. Schepers,

As a reminder, Fifth Circuit Rule 8 governs procedures in death penalty cases involving applications for immediate stay of execution and appeals in matters in which the district court has either entered or refused to enter a stay. Rule 8.10 specifically addresses time requirements for challenges to death sentences and/or execution procedures. If Mr. Brown would like to make such a challenge, that must be done at least 7 days before the scheduled execution. Failure to meet this timing requirement without providing good cause will make counsel subject to sanctions.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Mr. Woodson Erich Dryden